# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:23-cr-56 (VAB) |
| | : | |
| v. | : | |
| | : | |
| TY'JON[1] PRESTON | : | March 5, 2025 |

### GOVERNMENT'S SENTENCING MEMORANDUM

The Government respectfully submits this sentencing memorandum in connection with defendant Ty'Jon Preston's sentencing hearing, currently scheduled for March 18, 2025. *See* Docket Entry Number ("Dkt. Entry No." 333). For the reasons detailed below, the Government asks that the Court adopt the findings of fact in the Presentence Report ("PSR") and impose a sentence within the agreed-upon Guidelines range of 264 to 360 months of imprisonment under Fed. R. Crim P. 11(c)(1)(C). The defendant's involvement in drug dealing; the attempted murder of Robert Smith; the murder of Tashawn Brown; the murder of Ciera Jones and his other attempted murders of rival gang members and others perceived to be disrespectful to him; as well as his involvement in the Exit 8 gang, trading, stealing and use of firearms; celebration of and promotion of violence and narcotics trafficking all warrant a substantial sentence. The victims deserve justice, and the community deserves an end to the terror that Preston left in his wake.

## I. BACKGROUND

### A. Procedural History

On August 2, 2023, a federal grand jury returned a Superseding Indictment charging Ty'Jon Preston and eight other Exit 8 members and associates with various racketeering and narcotics offenses, including sixteen attempted murders and three murders of rival gang members, from 2018 through 2023. *See* Dkt. Entry No. 80.

---

[1] Government counsel has followed the defendant's spelling of his first name in the defense memorandum.

**B.    Plea Agreement and Sentencing Guidelines Stipulation**

On April 4, 2024, Ty'Jon Preston pleaded guilty to racketeering conspiracy (Count One) with the special sentencing factor of the murder of Ciera Jones.  *See* Dkt Entry Nos. 200, 201.  The written plea agreement contained the following factual stipulation:

> The parties stipulate that (1) from at least as early as 2018 until August 2023, Ty'Jon Preston was a member and/or associate of the racketeering enterprise known as the "Exit 8" gang; (2) in furtherance of the Exit 8 enterprise, Mr. Preston conspired to traffic various controlled substances including fentanyl, heroin, crack, marijuana, oxycodone, and Percocet pills; (3) the narcotics quantity for which the defendant is responsible, as a result of his role in the conspiracy, is at least 60 kilograms but less than 80 kilograms of converted drug weight; (4) throughout his association with the Exit 8 enterprise, Mr. Preston possessed, used, traded, and sold firearms, as did other members of the Exit 8 gang; (5) in furtherance of the Exit 8 enterprise, Mr. Preston committed acts of violence and conspired with and aided and abetted other Exit 8 members to commit acts of violence, specifically, on or about April 27, 2021, Mr. Preston attempted to murder R.S., on or about May 19, 2021, Mr. Preston conspired to murder T.B. and T.B. was murdered, on or about May 20, 2021, Mr. Preston attempted to murder rival gang members, and on or about July 5, 2021, Mr. Preston murdered C.J.; (6) the violent acts committed by the defendant, and those he agreed to have happen and/or aided and abetted, were done to retaliate on behalf of the Exit 8 enterprise against rival gang members and to raise and maintain the reputation of the Exit 8 enterprise and the defendant's status within the Exit 8 enterprise. The defendant knew that acts of violence and retaliation were expected of members and associates of the Exit 8 enterprise.

*See* Dkt. Entry No. 201 at 4.

The Final Presentence Report calculates a final combined adjusted offense level of 43 and with Criminal History Category IV, a Guidelines range of life imprisonment.  PSR ¶¶ 86-126, 186.  However, the parties agreed, via a binding plea agreement, that a sentence between 264 and 360 months was reasonable and appropriate here to achieve the purposes of sentencing.  *See* Dkt. Entry No. 201 at 5.

### C.    Underlying Facts

A detailed overview of the relevant offense conduct in this case is laid out in the PSR at paragraphs 8 through 79.  The Government has attempted to summarize that conduct in this memorandum—focusing on the facts most relevant to Preston and the specific acts to which he pleaded guilty.

### 1.    Background on Exit 8

Ty'Jon Preston was a member of the New Haven street gang "Exit 8."  As this Court knows from prior hearings in this case, the Exit 8 gang was named after a neighborhood in New Haven.



In the period alleged in the superseding indictment, members of Exit 8 were feuding with other neighborhood gangs within the city, specifically gang members from within the "Hill" (the southwestern-most neighborhood of New Haven) and gang members from the area of New Haven known as the "G" (an area based around a former housing complex in the Fair Haven section of New Haven (the Farnam Courts housing complex).  Violence between these groups was retaliatory and the rivalry was responsible for dozens of shootings and murders.

Members of the Exit 8 gang identified themselves by the numbers "8" and "88," and they often utilize the symbol of an eight ball or for younger members of Exit 8, the word "Honcho (the nickname of an Exit 8 member who was killed).  The investigation revealed that Preston used Facebook to promote his gang allegiance, contact gang members and plan criminal activity.  For example, on February 24, 2021, Preston, using the account "Tj Frmthablock," posted a picture of

Exit 8 gang members and associates with the comment, "We HonchoGang We More Than Friends 🎱 💜 #HonchoGang5lzz #FreeBlick."  In this post, Preston was stating that the pictured group was more than just a group of friends but was a gang—namely, the HonchoGang subset of the Exit 8 gang.  There were numerous individuals in the photograph wearing memorial clothing for Myers, a.k.a. "Honcho," further evidencing the group's reverence for Myers.  Preston's Facebook account also included numerous examples of Preston trying to buy and sell firearms and his telephone revealed additional videos of him with guns—some of which are listed in the PSR.

Finally, investigators have recovered rap videos posted to YouTube, relevant to establishing the enterprise membership of various Exit 8 members including Preston.  There is a YouTube video "Dooly x Block Blox xT'up Ty – BIG OPPS" released on August 30, 2021.  The video shows firearms and features Exit 8 gang members Preston, Quaymar Suggs, Ja'sean Stevenson, and other Exit 8 associates.  In the video, Preston raps "I can tell you what I did and what I didn't do" but that "there be bullets flyin' everytime we slide," meaning that Exit 8 members are firing their guns when they conduct drive-by-shootings ("we slide').  Preston then adds: "We gonna hop out and get the blick and that grid, no I ain't missing," referring to how he was going to get out of a car ("hop out") and get the gun ("blick") and he would not miss.  Preston raps "Lil nigga on his block he caught them bullets bodies twisting, smoking 90 to the face it got me zooted now he's spinnin' down the block the opposition is dippin."  As indicated in the PSR, witnesses would testify that these lyrics refer to actual murders that Preston committed.

### 2.    Narcotics Conspiracy

Preston's Facebook account also had a number of narcotics related messages that would be used along with witness testimony to establish his involvement in the narcotics conspiracy.  For example, on November 5 and 6, 2020, Preston, using his Facebook account, confirmed to

Facebook user "Jusblow" that he had "3 O's" of "bud," referring to three ounces of marijuana. Similarly, on May 17, 2021, starting at approximately 11:16 p.m., Preston and another individual discussed acquiring narcotics. The other individual explained to Preston that she just sold her last eight ball of narcotics (approximately 3.5 grams) ("I just sold my last ball") but could give an unknown third party a quantity of narcotics ("but I can give him 250-300 worth of work for 180"). Preston advised that "they" were interested in acquiring narcotics, and that the third party has the money to pay for the drugs ("He got the money" and "Na he getting it"). The reference to "they" suggests that Preston was working with other Exit 8 members to sell narcotics. These are just some of multiple messages relating to Preston's drug dealing on behalf of the gang. Witness testimony would also be used to establish Preston's role in dealing narcotics.

### 3.    April 27, 2021 Attempted Murder of Robert Smith

Throughout his membership and association with the Exit 8 gang, Preston also committed a number of acts of violence and aided and abetted in the commission of other acts of violence on behalf of the gang. Preston specifically stipulated to four acts of violence in the plea agreement. On April 27, 2021, at 7:36 p.m., the New Haven Police Department's ("NHPD's) ShotSpotter gunfire-detection system alerted to six rounds fired at 681 Dixwell Avenue. This address is in the Newhallville area of New Haven, which is outside of Exit 8's territory. Law enforcement responded to the scene and discovered that a man, identified as Robert Smith, had been shot.

Officers found Smith sitting in a chair in the kitchen of a residence with a single gunshot wound to his left thigh when they arrived and recovered four .380 shell casings at the scene. Smith said he was walking on Dixwell Avenue from the grocery store when heard gun shots. Smith said he realized he was struck but did not recall the direction from which the shots were coming (although he said that they probably came from the car). Smith is not affiliated with a gang, but he

was perceived as being disrespectful to the Exit 8 gang. This shooting is believed to have been committed in retaliation for another incident in which Smith was involved and in order to protect the Exit 8 territory.

A witness would testify that he and others were chilling at the park in Hidden Quarry (HQ-Exit 8 territory) before the shooting. Preston had a .380 firearm. Robey Smith drove into Exit 8 territory and was driving recklessly. Smith then drove off. Preston got his .380 and he and Devin Suggs pursued Robey Smith's car. After, there was a group call on Instagram and Preston said "they" got him. Preston admitted that he was the shooter and Devin Suggs was the driver. Video surveillance corroborated this version of events. The .380 fired cartridge casings ("FCCs") recovered at the scene of the attempted murder were linked through ballistics analysis to a number of different incidents as discussed below, including attempted murders on May 10, May 11, May 14, May 17, May 19, and May 20, 2021 and the homicide of Tashawn Brown on May 19, 2021, all believed to be Exit 8 initiated shootings. Microscopic comparisons further revealed that the FCCs recovered from this incident were fired by the Ruger LCP .380 that was recovered on May 21, 2021, during the arrest of Jaedyn Rivera and Devin Suggs.

Law enforcement's review of electronic evidence following this attempted murder also provided additional information regarding the individuals involved. A search on Preston's phone revealed a picture of the .380 that likely fired the FCCs from April 26, 2021, suggesting that Preston was in possession of that .380 the day before the shooting. Specifically, IMG_4573.JPG, created on April 26, 2021 at 2:44 p.m., is a photo of a Ruger LCP semi-automatic pistol with serial number 372-35841 visible, and the six-round-capacity magazine partially ejected to show it contained what appeared to be five brass casings. The pistol was lying in the lap of someone wearing black jeans

with a frayed feature over the right leg.  Those jeans are consistent with jeans worn by Preston in other photographs recovered from his phone and from social media.



In addition, a text message conversation between Preston and telephone number 475-254-1076 (with the corresponding contact "Jay👌💜," believed to be Exit 8 member Ja'sean Stevenson) took place beginning at 9:25 p.m. on April 27, 2021, approximately two hours after the shooting. In this conversation, investigators believe that Preston was admitting to his involvement in the shooting of Robert Smith.  The casual, yet proud, way in which Preston relayed the shooting of Smith to Stevenson shows how inculcated to violence members and associates of the Exit 8 gang are and indeed, this attitude helps explain how Preston continued shooting and attempting to kill again and again.   In addition, on Devin Suggs's telephones produced other evidence of his (Suggs' involvement) and at 11:11 p.m., Ty'Jon Preston sent Suggs an image of a news article from "On



Scene Media New Haven County" describing the shooting.

Preliminary cell site analysis indicates that from 7:06 until 7:57 p.m., telephones used by Devin Suggs had activity at cell sites south of the crime scene, meaning that his cell phone location information is not inconsistent with being present for the shooting. Preston was using a Wi-Fi-only device at the time and thus we do not have cell site data for his device. Finally, Preston's DNA has also come back as matching a Sprite bottle and swabs of DNA taken from the steering wheel and shifter inside the Honda Civic used for this shooting.

**CONCLUSIONS SUMMARY**

| Item # | Description | Type | Tyjon Preston (#001) | Jaedyn Rivera (#002) |
|---|---|---|---|---|
| 001-001 | Swabs - "item #3" | Male | Consistent with Source | Eliminated |
| 002-001 | Swabs - "item #4" | Mixture | Inconclusive | Eliminated |
| 003-001 | Swabs - "steering wheel & shifter" | Mixture | Consistent with Contributor | Eliminated |

**#001-001 (Swabs - "item #3")**

The results are consistent with the DNA profile from item #001-001 originating from a single male individual. Assuming one individual, the DNA profile from item #001-001 is at least 100 billion times more likely to occur if it originated from Tyjon Preston than if it originated from an unknown individual.[1]

Jaedyn Rivera is eliminated as the source of the DNA profile from item #001-001.

**#003-001 (Swabs - "steering wheel & shifter")**

The results are consistent with the DNA profile from item #003-001 being a mixture of four contributors with at least one of them being male. Assuming four contributors, the DNA profile from item #003-001 is at least 70 billion times more likely to occur if it originated from Tyjon Preston and three unknown individuals than if it originated from four unknown individuals.[1]

The results do not support the hypothesis that Jaedyn Rivera is a contributor to this profile. Assuming four contributors, Jaedyn Rivera is eliminated as a contributor to the DNA profile from item #003-001.[1]

During the processing of the stolen vehicle, one .380 auto FCC was located on the windshield below the driver side wiper. This FCC is linked to the FCC's located on scene of the attempted murder of Robert Smith on April 27, 2021.



4.    **May 19, 2021 Homicide of Tashawn Brown**

On or about May 19, 2021, at 8:00 p.m., officers responded to the area of Ella T. Grasso Boulevard and Stanley Street on a report of shots fired. This address is in the Ville area of New Haven, which is outside of Exit 8 territory.



Tashawn Brown suffered a gunshot wound to his abdomen and ultimately died due to his injury. Officers located *twenty-two* .380 shell casings on Ella T. Grasso Boulevard between Stanley Street and Edgewood Avenue. Video surveillance showed a black sedan pull onto Stanley Street from Ella T. Grasso Boulevard and park in front of 71 Stanley Street. The victim and three unidentified males exited the black sedan and walked west toward the Boulevard. The males then stopped in front of 1307 Ella T. Grasso Boulevard. A silver SUV then drove north on the Boulevard and appeared to shoot in their direction. The victim fell to the ground and the three other males ran back toward Stanley Street. It appeared that one of the shooters shot over the top of the car (consistent with witness testimony, as discussed below).

The investigation revealed that at a memorial barbeque at Edgewood Park, Tashawn Brown's brother Angelo Gibson got into a fight with Exit 8 members, including codefendant Quaymar Suggs, which was videotaped. Exit 8 member Hector Delgado was also present, and when the fight ended, Delgado and Suggs promised to come back. Shortly after the altercation ended, a black SUV driven by a black male, subsequently identified as codefendant Antwan Hill,

and a Hispanic male, subsequently identified as Hector Delgado, as a passenger, with a firearm seated in the front passenger seat, approached the park. People present at the barbeque convinced the people in the car to leave and the victims also left.

Sometime later, Suggs returned to the barbeque in a small silver SUV. By this time, Gibson and Brown also had returned, parked across the street from the park, and exited the car in which they had just returned. A witness saw that the black SUV driven by Hill, with Hector Delgado as a passenger, also had returned. At this point, another witness saw Suggs shooting at Brown and Gibson from the driveway of a nearby house, while another individual also fired at Brown and Gibson from the silver SUV. The shooter in the car was sitting out of the rear passenger side window and firing over the top of the car. This witness was close enough to see Suggs's face while he was shooting. Suggs and Ty'Jon Preston and Antwan Hill each later told other Exit 8 gang members that they had "caught one," meaning they had killed someone, and added that they had committed this murder because the victims had jumped Suggs. Preston had two firearms with him at the time, including a .380 and a Glock. The night of the homicide, Ty'Jon Preston texted a contact "I need help!!!" and "I needa go somewhere." When the contact asked why, Preston responded, "Bro sum I can't say." Preston continued, "I'm telling you idk where I'm going." "Don't know where to go." "Can't go home." "Can't go to my grandmother shii." "Can't go to my father shii." "It's trenches." "Worda day day idek what to do." "It's trenches rn." "I'm most likely bouta go down." "They saying my name and shii."

One witness further told law enforcement that a day or two after the shooting, "TJ" [Preston] who is "Quay's brother," contacted her on Facebook. The witness was shown a photo of Ty'Jon Preston and positively identified the photo as "TJ." "TJ" asked to talk to the witness about "[t]he boy that's on your page," referring to Tashawn Brown. "TJ" told the witness that people were saying he had something to do with Brown's murder and he wanted to clear his name. The witness had recently seen, however, that "TJ" had posted a song on Facebook two days after Tashawn died called "Big Ops," which the witness interpreted as a "dis track" about Brown.  Ballistics analysis of the .380 casings discussed above indicated that they were fired by the same firearm as the shell casings recovered from a number of shootings and a homicide, including the April 27, 2021, shooting charged in the indictment; the May 10, 2021, shooting charged in the indictment; a May 11, 2021, shooting on 90 Pond Street; the May 14, 2021, shooting charged in the indictment; the May 17, 2021, shooting charged in the indictment; a May 19, 2021, shooting on 460 Huntington Street; and the May 20, 2021, shooting at Congress/West charged in the indictment. Officers also found another set of .380 casings linked to an unrecovered firearm.  The 9mm casings were linked to one shooting from 2020 and the multiple incidents between May 19, 2021 and July 5, 2021, including incidents from June 26, 2021 through July 5, 2021, the June 30, 2021 attempted murder

at 161 1st Avenue charged in the indictment, and the July 5, 2021 homicide of Ciera Jones charged in the superseding indictment.

While the Government had previously understood that there was no request for restitution, Tashawn Brown's mother recently located a receipt for funeral expenses that indicates that she did pay an additional $1,020 out of pocket. The Government has shared that receipt with defense counsel and the Probation Officer and can also share with the Court if requested. Accordingly, the Government plans to file a motion in Quaymar Suggs' case and here for restitution of the $1,020 to be paid jointly by Ty'Jon Preston and Quaymar Suggs.

### 5.    May 20, 2021 Attempted Murder of Rival Gang Members

On May 20, 2021, at approximately 2:14 p.m., ShotSpotter alerted to shots fired at 168 West Street in New Haven. This address is in the Hill area of New Haven, which is rival territory for Exit 8. When they arrived, NHPD officers found twelve 9-millimeter shell casings on the sidewalk in front of 174 West Street, as well as ten casings (a mix of .380 and .45 caliber) and a bullet fragment at the intersection of Congress Avenue and West Street—likely the result of two groups shooting at each other. Two witnesses said they heard gunshots but did not see anything—one was a resident who lived nearby, the other was the owner of a vehicle that was struck by gunfire. The .380 casings recovered likely were fired by the Ruger LCP .380 that was later recovered from Rivera on May 21, 2021 and ballistics analysis indicated that that firearm also fired the casings recovered at the April 27, May 10, May 11, May 14, May 17, May 19, and the other May 20, 2021 incidents.

Video surveillance of the incident showed a dark-colored BMW driving northeast on Congress, passing West Street, and then abruptly pulling over to the right shoulder and parking. Two males then exited the BMW and ran toward the Congress & West intersection, out of view. The male who exited from the rear passenger-side door appeared to be a Black male wearing a

black mask, white t-shirt, tan shorts, and dark-colored sneakers.  This male appeared to be holding a handgun in his right hand.  The other male, who exited from the rear driver's side door, appeared to be a white or Hispanic male wearing a black mask, white t-shirt, white pants, and white sneakers. He also appeared to be holding something.  The men ran out of the frame of the video, leaving the car doors open, and then returned to the BMW soon after, getting back into the same rear side doors they exited from.  The BMW then drove away on Congress.  The driver and any front seat passenger did not exit the car and did not appear on the video.



Later that day, an officer who had reviewed the video footage saw a dark BMW with four males in the car and with a distinct sticker or emblem on the left side of the rear plate, which matched that from the video.  The officer ran the license plate and learned the car had been stolen from Fairfield. Law enforcement attempted to stop the BMW at an intersection, but it eluded officers and drove recklessly onto I-95 South—at which point, officers terminated pursuit.

NHPD personnel familiar with Exit 8 members later reviewed the footage from the shooting and observed that the lighter-skinned male fit the description of Rivera while the darker-skinned male fit the description of Preston.  Detectives then viewed Rivera's Facebook, "Jae Honcho," and observed a photograph of Rivera, Preston, and Devin Suggs that had been posted on May 20,

following this shooting.  Rivera was wearing clothing that matched the clothing worn by the light-skinned male from the surveillance video, and Preston was wearing clothing that matched the clothing worn by the dark-skinned male in the video.  Rivera's Facebook stories also had a video of Rivera and Preston sitting in the back of a moving car wearing clothing similar to the two males seen in the video of the shooting.  The BMW that was later recovered has the same color interior as the car in this video.  The videos were created at approximately 2:41 p.m. and 2:50 p.m., approximately half an hour after the shooting.  Subsequent review of Rivera's Snapchat account, "lilwoa88," pursuant to a search warrant revealed additional videos corroborating the involvement of Rivera and Preston in this shooting.  Finally, as detailed in the PSR, Devin Suggs' and Preston's phone also contain additional messages, which further show their involvement.  Subsequent events suggest that this shooting was the first in a series of three incidents on May 20 of Exit 8 and Hill gang members trading shots.  This is another example of a violent incident in which Preston was involved and which he demonstrated total disregard not only for the lives of who he perceived to be opposing gang members, but also any civilians who might have been mistakenly hit in the crossfire.

### 6.  July 5, 2021 Murder of Ciera Jones

On or about July 5, 2021, at 2:42 p.m., ShotSpotter alerted to three shots fired at 73 Truman Street in New Haven.  Upon arrival, officers located the victim on the walkway of 61 Truman Street suffering from a gunshot wound to the head.  The victim, Ciera Jones, later died due to her injuries. Officers located seven shell casings on the southwest corner of Clover Place and Truman Street and eight shell casings on the northwest corner of the same intersection, in the area where the two men described above were shooting from.   These casings included 9-millimeter casings. Darlene Galbert, Ciera's mother, recounted hearing what she thought was fireworks and then going outside and seeing her daughter "laying face up on the ground with a hole in her head, and part of her brain

on the ground." Another witness, who was in his car outside when the murder occurred, said he saw a larger van type vehicle drive by slowly and make a righthand turn and then someone got out of the car. He said he saw Ciera Jones notice this person coming toward her and try to run. He described this person as a young Black male (20 or 21) with short hair, slim hair and not extraordinarily tall. The male was wearing a ski mask, but the mask was not pulled all the way down. He described this person as being fixated on Ciera Jones and just shooting her execution style with a black handgun and then turning around casually returning to the car and leaving. The witness did not see the car leave but noticed it later when he looked at a neighbor's surveillance camera.

Another witness was told by Preston that they had targeted Jones because she was making "dis tracks" disrespecting Exit 8 about a month before she was killed. About a month before the murder, Preston and Hill had walked up to Jones and asked if she was CeCe Jones and she said "no." On the day of the murder, Preston and Hill found her and both Preston and Hill shot her, but Preston killed her. Preston admitted to a witness (who would have testified at any trial in this case) that he was armed with a Polymer80 Privately Made Firearm (PMF), and Hill was armed with a Glock, which was the same Glock from the Tashawn Brown homicide (this is confirmed by the ballistics analysis). They "walked down" on Jones and shot her. Preston traded the Glock used to another Exit 8 associate (Nygere Evans), who observed that there was blood on the firearm. Preston's telephone contains searches on July 9, 2021 for "how to clean blood off a gun" and "cleaning dried blood off a rifle," further corroborating the witness's story, and this firearm was later recovered.

Surveillance cameras showed a SUV park on Clover Place west of Truman Street. Two individuals exited the vehicle and walked to the corner of Clover Place and Truman Street. Both

individuals began to shoot north on Truman Street, where the victim was located. Additional surveillance footage captured a plate for the vehicle, which was determined to be a Honda Pilot. A registration check indicated that the vehicle was stolen from Stratford. The Honda Pilot was recovered later that day at 89 Lexington Avenue in New Haven and was observed to have a broken rear passenger's side window as well as several spent shell casings inside the vehicle. The window was broken after the murder. Further investigation revealed that Nyzaire Barnes' iCloud account had linked to the "infotainment" system from the stolen car. Ballistics analysis of 9-millimeter casings recovered from this incident revealed that the casings were likely fired by the same firearm as the 9 millimeter casings recovered from the May 19, 2021 homicide of Tashawn Brown and the June 30, 2021 attempted murder at 161 First Avenue, as well as two other shots-fired incidents in New Haven on June 27, 2021 and June 30, 2021. Hill's DNA profile matches DNA found on a cigar butt in the car at a rate of 100 billion and on the driver's side rear interior door handle. Barnes's DNA is included on another cigar butt at a rate of 4.8 billion. Rivera, Preston, and Devin Suggs were eliminated from DNA found in the Pilot.

The Government does intend to seek restitution for the funeral expenses of Ciera Jones and will submit a motion for a restitution order in advance of sentencing to be shared with Antwan Hill. As indicated in the PSR, restitution in the amount of $2,070.50 is payable to Ms. Jones' biological mother, Darlene Galbert, and $2,029.50 is payable to Ms. Jones' adoptive mother, Carolyn Whitfield. *See* PSR ¶ 81.

## II.    LEGAL FRAMEWORK

Following the Supreme Court's holding in *United States v. Booker*, 543 U.S. 220, 243-45 (2005), which rendered the Sentencing Guidelines advisory rather than mandatory, a sentencing judge is required to: "(1) calculate[] the relevant Guidelines range, including any applicable

departure under the Guidelines system; (2) consider[] the Guidelines range, along with the other § 3553(a) factors; and (3) impose[] a reasonable sentence." *United States v. Fernandez*, 443 F.3d 19, 26 (2d Cir. 2006). The § 3553(a) factors include: (1) "the nature and circumstances of the offense and history and characteristics of the defendant;" (2) the need for the sentence to serve various goals of the criminal justice system, including (a) "to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment," (b) to accomplish specific and general deterrence, (c) to protect the public from the defendant, and (d) "to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;" (3) the kinds of sentences available; (4) the sentencing range set forth in the guidelines; (5) policy statements issued by the Sentencing Commission; (6) the need to avoid unwarranted sentencing disparities; and (7) the need to provide restitution to victims. *See* 18 U.S.C. § 3553(a).

The Second Circuit reviews a sentence for reasonableness. *United States v. Canova*, 412 F.3d 331, 350 (2d Cir. 2005). The reasonableness standard is deferential and focuses "primarily on the sentencing court's compliance with its statutory obligation to consider the factors detailed in 18 U.S.C. § 3553(a)." *Id*.

## III.    DISCUSSION

Through his participation in the Exit 8 gang, Ty'Jon Preston and other Exit 8 gang members wreaked havoc on an entire city—terrorizing neighborhoods and the inhabitants of the city.

### A.    The Nature and Seriousness of the Offense

There is no crime more serious than murder.  Here, Preston was involved in at least two homicides.  One of those homicides occurred at a barbeque when people were relaxing. The other, occurred outside of the victim's house in a seemingly unprovoked, execution-style homicide.  For both, the motive was little more than Preston and others felt disrespected.  As the Government has

argued before, Tashawn Brown was eighteen years old at the time.  He had graduated high school

and had a scholarship to attend Porter & Chester technical school.

 He will never get to go on to do these things as his life has

tragically been cut short.  But shooting Brown in front of his family (including younger siblings)

and in front of other innocent bystanders has also caused them unbelievable trauma and destroyed

their lives.  Similarly, Ciera Jones did not deserve to die and she certainly did not deserve to be shot

outside her house when she was doing nothing more than standing outside.  The Court has heard

before and will likely hear again, what a kind and wonderful person she was who always wanted to

help others. Her mother did not deserve to see her daughter's body on the ground and her family

did not deserve to suffer the ongoing trauma of her murder.


Ciera Jones.

Preston has also admitted to shooting Smith and to shooting rival gang members.  In those

cases, it is not only the targets that suffered the consequences and the trauma, but everyone else

who witnesses the shootings and who has to live with the fear.  It is for these crimes—which could

not be more serious and all of the other acts of violence and drug dealing—that Preston must be punished.

There are individuals charged in this case who embraced the Exit 8 culture, but did not fully commit themselves to its violent ideology. Ty'Jon Preston was not one of those people. Perhaps the most violent of the gang, time and again, he was in the middle of gang related violence. For whatever reason, he decided to try to kill multiple people over a significant period of time—even after seeing the consequences of his shootings. This was not one mistake, but a conscious decision to take and seek to take human life and to live his own life with complete disregard for the lives of others.

### B.    History and Characteristics

Ty'Jon Preston was arrested in September of 2021 for carrying a pistol without a permit and transferred to federal custody on November 27, 2024. PSR ¶ 6. This was not Preston's first run in the with the law, however. Preston was convicted of larceny in the first degree after stealing a car in Westport in August of 2020; he was convicted of larceny in the second degree for stealing a vehicle in New Haven in August of 2021; and he was convicted of larceny in the second degree for stealing a car in North Haven in June of 2023. *See* PSR ¶¶ 133. Unfortunately, these run-ins with the law did not deter Preston.[2] Acting with impunity, his violence escalated throughout those years until he ended up in the position where finds himself today. He also has other arrests, which were nolled, including stealing a firearm (July 2021) and illegal possession of a large capacity magazine and risk of injury to a child (July 2021).

---

[2] As the PSR finds, the Government also does not believe there is a sufficient connection between Preston's general stealing of cars and the fact that the Exit 8 gang stole cars to consider these convictions as part of the Exit 8 racketeering activity.

There is no doubt that Ty'Jon Preston had a difficult childhood—recounted in the PSR an in more vivid detail in the defense memorandum—and that his childhood and the lack of opportunities with which he was presented contributed to his decisions to join the Exit 8 gang and promote and perpetuate its culture of violence—but it was Ty'Jon Preston who made those choices. He was impacted by the violence he was exposed to and likely traumatized by it, but he continued the cycle and brought that violence to others' lives. As Government counsel has argued repeatedly to this Court, there are many other people in New Haven and elsewhere who came from similar or worse backgrounds and who do not make the decision to pick up a gun or to keep on shooting after injuring the first person or to keep on shooting and killing after participating in a murder. Nothing about Preston's trajectory was pre-determined just as nothing about whether or not he is capable of leaving this path and turning around his life is pre-determined as of now.

As for the mitigating factor raised by defense counsel that Preston's brain was not fully developed, the Government does not disagree. This argument though carries more weight when the offense conduct is one act or several isolated acts. When a person chooses to again and again engage in violence, the problem is more severe than lack of maturity. It is a disconnect with reality or a deliberate refusal to view human life as sacred or to see the consequences of one's actions.

### C.    Promote Respect for the Law and Provide Just Punishment

As the Government has previously brought to the Court's attention, a 2017 Research Report by the Urban Institute found that additional gunshots in the cities studied could be directly associated with fewer jobs, fewer businesses opening, and more businesses closing. *See* Yasemin Irvin-Erickson, *et al.*, *A Neighborhood-Level Analysis of the Economic Impact of Gun Violence* (Urban            Inst.            June            2017),            available            at

https://www.urban.org/sites/default/files/publication/90671/eigv_final_report_3.pdf (last visited March 4, 2025). Similarly, a study published in November 2018 found that standardized test scores for English Language Arts and math were approximately *50 percent lower* in the elementary schools located in areas with higher levels of gunshots. *See* Dessa Bergen-Cico, *et al.*, *Community Gun Violence as a Social Determinant of Elementary School Achievement*, 33 Soc. Work in Pub. Health 439 (Issues 7-8) (2018), available at https://www.researchgate.net/publication/328944040_Community_Gun_Violence_as_a_Social_Determinant_of_Elementary_School_Achievement (last visited March 4, 2024).  As the Government has repeatedly argued to this Court, the gang lifestyle and the promotion of violence has broader repercussions than just the individual victims and there is a need here to promote respect for the law and to provide just punishment.  When Ty'Jon Preston shot at rival gang members or those who perceived to be disrespectful, he created a climate of fear and enduring trauma that has persisted for years.  Indeed, the same way that he argues that the climate of violence in which he grew up may have affected his decision-making and his actions, *see* Defense Memorandum at 17, he also created a climate of violence for many others.  He desensitized others by perpetuating the violence and he did not just live it and experience it himself, but he embraced the violence and passed it on to others.

###    D.    Need to Accomplish Specific and General Deterrence

In the Government's view the sentence here needs to cement in Ty'Jon Preston's head that he can never ever return to doing what he was doing before he was incarcerated.  Although the sentence the Government is requesting is a long one, it is minimally necessary to give the defendant a chance to reflect on what he has done and to deter him from ever looking at or touching a firearm again.  Government counsel appreciates that Ty'Jon Preston may finally be recognizing the pointlessness of what he accomplished in his comment to defense counsel "[n]ow

that I look back, it was all for nothing," *see* Defense Memorandum at 6, but frankly, this is something that he should have realized after the first couple of shootings. Hopefully, the progress that Preston has made since being incarcerated continues and this should not in any way minimize that progress. If Preston is to succeed after he is released, he must continue on that path. But first, a lengthy prison sentence is necessary.

General deterrence is also an aim. Although there is some debate about how much any individual sentence deters crime, a sentence in a case of this nature after a person has admitted involvement in so many acts of violence, must be long enough to send a message to others to think long and hard before ever considering engaging in any sort of vigilante justice or before turning the streets of New Haven into a neighborhood war zone.

### E. The Need to Protect the Public

Finally, the need to protect the public weighs heavily in favor of a lengthy sentence. At the time of the gang war in which Exit 8 members were eager participants, the cities of Connecticut endured the worst violence seen in decades. In the cities of New Haven, Waterbury, Hartford, and Bridgeport, there were a total of *eighty* homicides committed with firearms in 2021. Focusing on gangs and groups that celebrate violence is a deliberate attempt to target those most violent actors and reduce the high levels of violence that have plagued the urban centers in this state. Those who celebrate violence and repeatedly use firearms must be removed for a period of time so that the community can heal, and the perpetrator can be sufficiently deterred.

### F. Supervised Release Conditions

The special supervised release conditions outlined in the PSR all are appropriate in this case. The prohibition against contacting known gang members, other than his brother, will help to ensure that Ty'Jon Preston is not pulled into more criminal activity and the educational and

vocational services program condition, will help prepare him to succeed in his reentry process. The search condition is reasonable here in light of his history of guns and drugs and the mental health and substance abuse treatment condition are directly tied to the history he disclosed in the PSR. The prohibition against contact with victims will also help to keep Preston from returning to criminal activity and the two conditions related to financial information and restitution are relevant here in light of the restitution order that the Government is seeking.

## IV.  CONCLUSION

For the foregoing reasons, a sentence within the agreed upon Guidelines range of 240 to 360 months is minimally necessary to achieve the purposes of federal sentencing.

Respectfully submitted,

MARC H. SILVERMAN
ACTING UNITED STATES ATTORNEY

*/s/ Jocelyn Courtney Kaoutzanis*

JOCELYN COURTNEY KAOUTZANIS
Fed. Bar No. CT30426
ASSISTANT U.S. ATTORNEY
U.S. Attorney's Office
157 Church Street
New Haven, CT 06510
(203) 821-3700

## **CERTIFICATION OF SERVICE**

I hereby certify that on March 5, 2025, a copy of the foregoing was filed electronically, by facsimile and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jocelyn Courtney Kaoutzanis*
JOCELYN COURTNEY KAOUTZANIS
ASSISTANT U.S. ATTORNEY